IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | Case No. 2:11-cv-00056 |
| | § | |
| CASIO AMERICA, INC., *et al.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT CASIO AMERICA, INC.**

Pursuant to Fed. R. Civ. P. 41, and as a result of a settlement agreement reached, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Levine and Casio America, Inc. ("Casio"), and over the subject matter of this action.

2. Each claim made and that could have been made by Levine against Casio, and each counterclaim made and that could have been made by Casio against Levine, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Levine's claims against the other defendants in this action shall remain pending, except for any claims based on Casio-branded products.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**SIGNED this 13th day of July, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE