IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2:11-cv-00056 |
| | § | |
| CASIO AMERICA, INC., *et al.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT HEWLETT-PACKARD COMPANY**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Alfred B. Levine ("Levine") and defendant Hewlett-Packard Company ("HP"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Levine and HP, and over the subject matter of this action.

2. Each claim made and that could have been made by Levine against HP, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41 and each counterclaim made by HP against Levine is dismissed without prejudice.

3. Each party shall bear its own costs and attorneys' fees.

4. Levine's claims against the other defendants in this action shall remain pending.

    5.    The Clerk of the Court is hereby asked to remove counsel for HP from further ECF distribution in this matter.

**It is SO ORDERED.**

**SIGNED this 6th day of August, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE