**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALFRED B. LEVINE<br><br>                    Plaintiff,<br><br>v.<br><br>CASIO AMERICA, INC., DELL INC., HEWLETT-PACKARD COMPANY, HUAWEI TECHNOLOGIES CO., LTD., NOKIA, INC., PANTECH WIRELESS, INC., PERSONAL COMMUNICATIONS DEVICES, LLC, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., and ZTE (USA) INC.<br><br>                    Defendants. | Case No. 2:11-cv-00056-TJW-CE |

## ORDER

On September 28, 2012, Plaintiff Alfred B. Levine filed an Agreed Motion to Dismiss Dell Inc. without Prejudice (Doc. No. 280).  Upon reviewing the Motion and the applicable law this Court finds that good cause exists and GRANTS the Motion.

Accordingly, all claims asserted by Mr. Levine against Dell are hereby dismissed, without prejudice and with each party to bear its own costs or attorneys' fees.

**It is SO ORDERED.**

**SIGNED this 5th day of October, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE