IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 2:11-CV-00056 |
| | § | |
| CASIO AMERICA, INC., ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT NOKIA INC.**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Alfred B. Levine ("Levine") and defendant Nokia Inc. ("Nokia") related to U.S. Patent Nos. 6,140,943 ("the '943 patent") and 6,243,030 ("the '030 patent"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Levine and Nokia, and over the subject matter of this action.

2. Each claim made and that could have been made by Levine against Nokia based on the '943 and '030 patents, and each counterclaim made and that could have been made by Nokia against Levine based on the '943 and '030 patents, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Levine's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**SIGNED this 8th day of November, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE