IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE | § § § | |
| Plaintiff, | § | |
| vs. | § | Case No. 2:11-cv-00056 |
| | § | |
| CASIO AMERICA, INC., et al. | § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE OF PANTECH WIRELESS, INC.

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Alfred B. Levine ("Levine") and Pantech Co., Ltd. related to U.S. Patent Nos. 6,140,943 ("the '943 patent") and 6,243,030 ("the '030 patent"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Levine and Pantech Wireless, Inc., and over the subject matter of this action.

2. Each claim made and that could have been made by Levine against Pantech Wireless, Inc., and each counterclaim made and that could have been made by Pantech Wireless, Inc. against Levine, in this action is hereby dismissed with prejudice on the basis of the agreement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Levine's claims against the other defendants in this action shall remain pending to the extent that such claims are not based upon or concern the products of Pantech Wireless, Inc.

5. The Court shall retain jurisdiction over this matter to ensure that the terms and conditions of the agreement are honored and enforced.

**It is SO ORDERED.**

**SIGNED this 5th day of December, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE