IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFRED B. LEVINE | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2:11-cv-00056 |
| | § | |
| CASIO AMERICA, INC., *et al.* | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
<u>DEFENDANT PERSONAL COMMUNICATIONS DEVICES, LLC</u>**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Alfred B. Levine ("Levine") and defendant Personal Communications Devices, LLC ("PCD") related to U.S. Patent Nos. 6,140,943 ("the '943 patent") and 6,243,030 ("the '030 patent"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Each claim made and that could have been made by Levine against PCD based on the '943 and '030 patents, and each counterclaim made and that could have been made by PCD against Levine based on the '943 and '030 patents, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**So ORDERED and SIGNED this 28th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE